8-22-2024

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID
428539

United States of America
v.
FREDDIE LEE HALL, JR.

Case: 1:24-cr-00378
Assigned to: Judge McFadden, Trevor N.
Assign Date: 8/20/2024
Description: INDICTMENT (B)

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    FREDDIE LEE HALL, JR.
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) (Counts One through Thirteen)

Date:    08/20/2024

*Issuing officer's signature*

City and state:    Washington, D.C.

Hon. G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* 8/21/2024 at *(city and state)* | , and the person was arrested on *(date)* 8/22/24 |

Date: 8/23/24

*Arresting officer's signature*

DUSM Trejo
*Printed name and title*